**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-2119

WANDA SIRKO, Individually and as Personal Representative of
the Estate of John Andrews, Deceased,

                    Plaintiff - Appellant,

          v.

TOWN COUNCIL OF CENTREVILLE,

                    Defendant – Appellee,

     and

DANIEL JAY SAVAGE,

                    Defendant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.  (1:09-cv-00552-JFM)

Submitted:  May 27, 2011              Decided:  June 3, 2011

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Samuel H. Paavola, PAAVOLA AND PAAVOLA PA, Annapolis, Maryland,
for Appellant.   Steven R. Migdal, BUCK, MIGDAL & MYERS,
CHARTERED, Annapolis, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda Sirko appeals the district court's order granting summary judgment in favor of the defendant, Town Council of Centreville, on the underlying wrongful death action. Sirko's complaint alleged that the Town of Centreville was responsible for the death of her father, who was killed in an automobile accident by a driver eluding a police chase. We have reviewed the record on appeal as well as the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sirko v. Town Council of Centreville, No. 1:09-cv-00552-JFM (D. Md. Sept. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED